United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JORGE ALBERTO SANCHEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01098** |
| | § | |
| **DIRECTOR OF THE RIO GRANDE** | § | |
| **PROCESSING CENTER, *et al.*,** | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), Respondents' Motion for Summary Judgment, (Dkt. No. 12), and Respondents' Advisory and Notice of Anticipated Removal, (Dkt. No. 16). According to Respondents' Advisory, Petitioner waived appeal of his removal order and was subject to removal as of June 29, 2026. (Dkt. No. 16-1).

The Court **ORDERS** Respondents to file an advisory **by July 31, 2026**, regarding the status of Petitioner's detention and removal.

It is so **ORDERED**.

**SIGNED** on July 24, 2026.

John A. Kazen
United States District Judge